```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      PENSACOLA DIVISION
```

In re:

GLORIA CRIMAUDO,                      Case No.  10-31870-KKS
                                      (Chapter 7)


_____ Debtor   /


**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on June 10, 2014.

Dated: 6/9/14                         /s/ John E.  Venn, Jr.
                                      JOHN E. VENN, JR.
                                      FL Bar No. 184992
                                      220 W. Garden St.
                                      Suite 603
                                      Pensacola, FL 32501
                                      (850) 438-0005
                                      johnevennjrpa@aol.com

# FINAL DISTRIBUTION
# PROPOSED DISTRIBUTION

Case Number: 10-31870LMK  
Debtor Name: CRIMAUDO, GLORIA  

Page 1  
Date: June 9, 2014

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $66,058.79 |
| | **Claim Type C01 - Trustee Fees** | | | | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE COMPENSATION | Admin | 010 | $6,193.08 | $0.00 | $6,193.08 | $6,193.08 | $0.00 | $0.00 | $6,193.08 | $59,865.71 |
| | | | Percent Paid: 100.00000 % | | | | | | | | |
| | **Subtotal For Claim Type C01** | | | $6,193.08 | $0.00 | $6,193.08 | $6,193.08 | $0.00 | $0.00 | $6,193.08 | |
| | **Claim Type C13 - Special Counsel - Comp** | | | | | | | | | | |
| | Aylstock, Witkin, Kries, & Overholtz c/o Joshua Jones 1202 E Gonzalez St Pensacola, FL 32501 | Admin | 010 | $32,517.31 | $0.00 | $32,517.31 | $32,517.31 | $0.00 | $0.00 | $32,517.31 | $27,348.40 |
| | | | Percent Paid: 100.00000 % | | | | | | | | |
| | **Subtotal For Claim Type C13** | | | $32,517.31 | $0.00 | $32,517.31 | $32,517.31 | $0.00 | $0.00 | $32,517.31 | |
| | **Claim Type E01 - Trustee Expenses** | | | | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE EXPENSES | Admin | 010 | $20.10 | $0.00 | $20.10 | $20.10 | $0.00 | $0.00 | $20.10 | $27,328.30 |
| | | | Percent Paid: 100.00000 % | | | | | | | | |
| | **Subtotal For Claim Type E01** | | | $20.10 | $0.00 | $20.10 | $20.10 | $0.00 | $0.00 | $20.10 | |
| | **Claim Type V04 - Court - Filing** | | | | | | | | | | |
| | CLERK, BANKRUPTCY COURT 110 E. PARK AVE., STE. 100 TALLAHASSEE, FL 32301 | Admin | 010 | $260.00 | $0.00 | $260.00 | $260.00 | $0.00 | $0.00 | $260.00 | $27,068.30 |
| | | | Percent Paid: 100.00000 % | | | | | | | | |
| | **Subtotal For Claim Type V04** | | | $260.00 | $0.00 | $260.00 | $260.00 | $0.00 | $0.00 | $260.00 | |

# FINAL DISTRIBUTION
# PROPOSED DISTRIBUTION

Case Number: 10-31870LMK  
Debtor Name: CRIMAUDO, GLORIA

Page 2

Date: June 9, 2014

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Subtotals For Class Administrative   100.00000 % | | | $38,990.49 | $0.00 | $38,990.49 | $38,990.49 | $0.00 | $0.00 | $38,990.49 | |

**Claim Type U00 - Unsecured-No Description**

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsec | 050<br>Percent Paid: 100.98525 % | $3,667.08 | $0.00 | $3,667.08 | $3,667.08 | $0.00 | $36.13 | $3,703.21 | $23,365.09 |
| 000002 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsec | 050<br>Percent Paid: 100.98506 % | $3,184.57 | $0.00 | $3,184.57 | $3,184.57 | $0.00 | $31.37 | $3,215.94 | $20,149.15 |
| 000004 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsec | 050<br>Percent Paid: 100.98522 % | $3,022.68 | $0.00 | $3,022.68 | $3,022.68 | $0.00 | $29.78 | $3,052.46 | $17,096.69 |
| 000005 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsec | 050<br>Percent Paid: 100.98474 % | $1,103.85 | $0.00 | $1,103.85 | $1,103.85 | $0.00 | $10.87 | $1,114.72 | $15,981.97 |
| 000006 | Wells Fargo Bank Nv Na<br>Po Box 60510<br>Los Angeles, CA 90060 | Unsec | 050<br>Percent Paid: 100.98506 % | $6,360.00 | $0.00 | $6,360.00 | $6,360.00 | $0.00 | $62.65 | $6,422.65 | $9,559.32 |
| 000007 | Hsbc/bsbuy<br>Po Box 5263 | Unsec | 050<br>Percent Paid: 100.98504 % | $2,339.00 | $0.00 | $2,339.00 | $2,339.00 | $0.00 | $23.04 | $2,362.04 | $7,197.28 |

PROPDIS5

Printed: 06/09/14 10:39 AM    Ver: 18.00

# FINAL DISTRIBUTION
# PROPOSED DISTRIBUTION

Case Number: 10-31870LMK  Page 3  Date: June 9, 2014
Debtor Name: CRIMAUDO, GLORIA

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Type U00 - Unsecured-No Description** | | | | | | | | | | | |
| | Carol Stream, IL 60197 | | | | | | | | | | |
| | **Subtotal For Claim Type U00** | | | $19,677.18 | $0.00 | $19,677.18 | $19,677.18 | $0.00 | $193.84 | $19,871.02 | |
| **Claim Type D01 - Back to Debtor** | | | | | | | | | | | |
| | GLORIA CRIMAUDO | Unsec | 070 | $7,197.28 | $0.00 | $7,197.28 | $7,197.28 | $0.00 | $0.00 | $7,197.28 | $0.00 |
| | 4648 PETRA CIR | Percent Paid: 100.00000 % | | | | | | | | | |
| | PENSACOLA, FL 32526-1131 | | | | | | | | | | |
| | **Subtotal For Claim Type D01** | | | $7,197.28 | $0.00 | $7,197.28 | $7,197.28 | $0.00 | $0.00 | $7,197.28 | |
| Subtotals For Class Unsecured | | 100.72128 % | | $26,874.46 | $0.00 | $26,874.46 | $26,874.46 | $0.00 | $193.84 | $27,068.30 | |
| << Totals >> | | | | $65,864.95 | $0.00 | $65,864.95 | $65,864.95 | $0.00 | $193.84 | $66,058.79 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 09/08/10 through 05/31/14 at a rate of 0.264% (annualized simple interest).